JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

XEROX CORPORATION,                    )    Case No. CV  12-1294 DSF (AGRx)
                                      )
                Plaintiff,            )
                                      )
        v.                            )    JUDGMENT OF DISMISSAL FOR
                                      )    LACK OF SUBJECT MATTER
M.A.E.Z.E.L.L., INC.,                 )    JURISDICTION
                                      )
                Defendants.           )
                                      )
                                      )
_____      )

        The Court having previously issued an Order to Show Cause re Dismissal,

Plaintiffs not having shown a basis for subject matter jurisdiction, and the Court

having concluded that it lacks subject matter jurisdiction,

        IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that

the action be dismissed without prejudice.

DATED:      August 16, 2012                _____

                                           DALE S. FISCHER
                                           United States District Judge